SIEBE LAW OFFICES
James E. Siebe, ISBN 2362
202 E. Second St.
P.O. Box 9045
Moscow, ID 83843
(208) 883-0622
Fax:  (208) 882-8769


UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 09-0043-N-BLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| | ) | |
| JACK D. BARRON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Defendant, Jack D. Barron, by and through his attorney of record, and requests that the Court dismiss all four (4) counts of the Indictment herein, on the ground and for the reason that the Army Corps of Engineers failed to follow its own procedures as set forth in 33 C.F.R. 326.3(c) requiring that they issue a Cease and Desist Order as part and parcel of the official enforcement process.

Oral argument and leave to adduce evidence is hereby requested.

MOTION TO DISMISS - 1

DATED this 29th day of March, 2010.


_____/s/_____
James E. Siebe
Attorney for Defendant



## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the Registered Participants on file.

All Defense Counsel

For the Government:          Nancy D. Cook
                             J. Ronald Sutcliffe


_____/s/_____
James E. Siebe