# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. CR-09-043-N-BLW |
| Plaintiff, | ) ) | |
| v. | ) ) | **SPECIAL VERDICT FORM** |
| JACK D. BARRON, | ) ) | |
| Defendant. | ) ) ) | |

We the jury, find unanimously as follows:

1.  As to Count I of the Indictment, charging the defendant Jack D. Barron with knowingly discharging a pollutant from a point source into a water of the United States without a permit by placing fill material for approximately one hundred feet of roadway, or a culvert, or a concrete foundation, in violation of the Clean Water Act 33 U.S.C. §§ 1311 and 1319(c)(2)(A) and 18 U.S.C. § 2, between on or about May 2007 and August 2007, the defendant is:

_____          _____
     Guilty                    Not Guilty

2.    As to Count II of the Indictment, charging the defendant Jack D. Barron with knowingly discharging a pollutant from a point source into a water of the United States without a permit by removing vegetation and topsoil from wetlands, digging a pond, and redepositing excavated topsoil onto wetlands, in violation of the Clean Water Act 33 U.S.C. §§ 1311 and 1319(c)(2)(A) and 18 U.S.C. § 2, between on or about July 2007 and November 2007, the defendant is:

_____                    _____
    Guilty                           Not Guilty

3.    As to Count III of the Indictment, charging the defendant Jack D. Barron with knowingly discharging a pollutant from a point source into a water of the United States without a permit by excavating portions of an unnamed creek and depositing topsoil into the unnamed creek which is a tributary of Lamb Creek at the southwest intersection of Highway 57 and Lamb Creek Road in Priest Lake, Idaho, in violation of the Clean Water Act 33 U.S.C. §§ 1311 and 1319(c)(2)(A) and 18 U.S.C. § 2, on or about November 2007, the defendant is:

_____                    _____
    Guilty                           Not Guilty

4.    As to Count IV of the Indictment, charging the defendant Jack D. Barron with obstruction of justice, in violation of 18 U.S.C. § 1505, on or about January 10, 2008, the defendant is:

_____                    _____
    Guilty                           Not Guilty

Dated _April 8, 2010_                    _____
                                          FOREPERSON

2